UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LESLIE TRETTAU,

       Plaintiff,

v.

                                                         Case No. 8:12-cv-804-T-SCB-MAP

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

       Defendant.
_____/

## **O R D E R**

       This cause comes before the Court for consideration of Plaintiff's complaint seeking judicial review of the decision of the Commissioner of the Social Security Administration (Dkt. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. On August 2, 2013, Magistrate Judge Pizzo filed a report recommending that the Commissioner's decision be affirmed and that judgment be entered in favor of Defendant. (Dkt. 22). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed objections to the Magistrate Judge's Report and Recommendation on August 15, 2013. (Dkt. 23).

       Upon *de novo* review of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation (Dkt. 22) should be adopted.

       Accordingly, it is now **ORDERED AND ADJUDGED** that

              (1)     The Magistrate Judge's Report and Recommendation (Dkt. 22) is adopted and incorporated by reference in this Order;

(2) Plaintiff's complaint is dismissed, and the decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**; and

(3) The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 4th Day of September, 2013.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record